LINDA ALVAREZ, APPELLEE, V. ABEL ALVAREZ, APPELLANT.

512 N.W.2d 140

Filed February 25, 1994. No. S-92-143.

Hal W. Anderson, of Berry, Anderson, Creager & Wittstruck, P.C., for appellant.

Jeanelle S. Kleveland for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, FAHRNBRUCH, and LANPHIER, JJ., and GRANT, J., Retired.

PER CURIAM.

In this appeal of a dissolution action, the respondent challenges the division of the debts and assets acquired during the marriage and challenges the amount of alimony awarded.

From our de novo review of the record, we conclude that the district court did not abuse its discretion in its division of the property or in the award of alimony.

The judgment is therefore affirmed.

AFFIRMED.